COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTIONS**

Cause number:     01-15-00037-CR

Style:     Brian Wayne Allen v. State of Texas

Date motions filed[*]:     July 8, 2015

Type of motions:     Motion for Substitution of Counsel and to File a Supplemental Brief

Parties filing motions:     Appellant's new counsel Bryan Laine

Document to be filed:     Appellant's Supplemental Brief

Is appeal accelerated?     No.

If motion to extend time:

     Original due date:     April 13, 2015

     Number of extensions granted:     2     Current Due Date: June 15, 2015

     Date Requested:     N/A (45 days requested)

Ordered that motions are:

    ☒ Granted

        If document is to be filed, document due:  August 24, 2015.

        ☒ No further extensions of time will be granted.

    ☐ Denied

    ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

    ☒ Other: _____

    The motion to substitute counsel is **granted**, but construed as a notice of appearance, and the Clerk of this Court is directed to note Bryan Laine's appearance as lead counsel for appellant.  *See* TEX. R. APP. P. 6.2, 6.5(d).  However, if counsel Christine Brown-Zeto requests withdrawal, she must file a motion that complies with Rule 6.5(d).  Appellant's motion for a 45-day extension of time to file a supplemental brief is **granted** until August 24, 2015, but **no further extensions will be granted** given the length of time requested.  *See id.* at 38.7.  Appellee's brief, if any, will be due within 30 days of the filing of the supplemental brief.  *See id.* at 38.6(b).

Judge's signature: /s/ Laura Carter Higley
                ☒Acting individually     ☐ Acting for the Court
Date:  July 9, 2015

November 7, 2008 Revision